UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANK M. BAFFORD,

        Plaintiff,

vs.                                         Case No. 8:08-cv-724-T-27TGW

TOWNSHIP APARTMENTS ASSOC., LTD
et al.,

        Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Response (Dkt. 9) to this Court's April 22, 2008 Order to show cause why Plaintiff should not be subject to a *Martin-Trigona* injunction (Dkt. 7).

In the response, Plaintiff fails to acknowledge his pattern of filing frivolous, harassing, and vexatious motions and duplicative actions. Plaintiff instead maintains that he has not been "fully heard." (Dkt. 9 at 2). This contention is plainly belied by Plaintiff's five federal lawsuits relating to the subject property as more specifically described in the April 22, 2008 Order. (Dkt. 7 at 1-5). Plaintiff's insistence that "The judgments of the previous courts are void" and "There is also additional information regarding all previous federal actions being void and this Court being disqualified from ruling on the matters before it because of acts of bias and a conflict of interest." (Dkt. 9 at 1-2) further highlights Plaintiff's inability to litigate cases in this Court in a non-abusive manner.

Plaintiff has had adequate notice and an opportunity to be heard. *Lau v. Meddaugh*, 229 F.3d 121, 123 (2d Cir. 2000). For the reasons set forth in detail in this Court's April 22, 2008 Order (Dkt.

1

7), which is attached as an Exhibit to this Order, and hereby incorporated for all purposes, including appellate review, the Court finds that Plaintiff is properly enjoined from further litigation before this Court in order to "defend the judicial system from abuse" and "to protect against abusive and vexatious litigation." *Martin-Trigona v. Shaw*, 986 F.2d 1384, 1386-87 (11th Cir. 1993).

Based on the foregoing, it is **ORDERED AND ADJUDGED**:

1) Plaintiff is hereby permanently enjoined from filing any future lawsuit relating to the sale of the "subject property," also known as the "Township Apartments," which is more particularly described in Exhibit 1A to Plaintiff's Complaint (Dkt. 1-2).

2) Before filing any future lawsuit with this Court, Plaintiff is ordered to seek leave of Court. In seeking leave, Plaintiff must inform the Court of the pertinent facts concerning the action he wishes to bring, including referencing the existence of this injunction and any other pending litigation against the proposed defendants.

3) The Clerk is directed to mark any future lawsuits/complaints received from Plaintiff as "RECEIVED," not "FILED," unless and until the paper is submitted by the clerk to a judge of the court and approved by that judge for filing.

4) The Clerk shall not accept any additional filings from Plaintiff in this case, except for a properly filed Notice of Appeal.

5) This case shall remain closed.

**DONE AND ORDERED** in chambers this 2nd day of May, 2008.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Plaintiff

2